377 P.2d 962

**J. C. WILLIAMS, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT et al., Respondents.**

**No. 17 HC.**

Supreme Court of New Mexico.

Jan. 29, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for the reason the petition is premature.

377 P.2d 962

**Cletus A. WENDLER, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, SANTA FE COUNTY, Santa Fe, New Mexico, et al., Respondents.**

**No. 18 HC.**

Supreme Court of New Mexico.

Jan. 29, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of mandamus be and the same is hereby denied for the reason the petition is premature under existing facts and circumstances.

377 P.2d 962

**Cletus A. WENDLER, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, SANTA FE COUNTY, Santa Fe, New Mexico, Respondent.**

**No. 19 HC.**

Supreme Court of New Mexico.

Feb. 1, 1963.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of mandamus be and the same is hereby denied for the reason that the petition is untimely in view of the services being rendered in the district court by petitioner's court appointed attorney, Mr. William Gilbert.